450 A.2d 223

Commonwealth v. Luchi, Appellant.

Submitted June 13, 1980.   Ronald J. Wydo, for appellant;  Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.